**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | 2:25-mj-07126-DUTY |
| Lucas Rendon-Hernandez | |
| | **ORDER OF TEMPORARY DETENTION** |
| | **PENDING HEARING PURSUANT** |
| DEFENDANT(S). | **TO BAIL REFORM ACT** |

Upon motion of _Defendant_ , IT IS ORDERED that a detention hearing is set for _February 3_ , _2026_ , at _12:00_ ☐a.m. / ☒p.m. before the Honorable _Maria A. Audero_ , in Courtroom _880_ .

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.

_(Other custodial officer)_

Dated: _1/29/2026_    _____
U.S. District Judge/Magistrate Judge

CR-66 (10/97)    Page 1 of 1